UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:13-MJ-01093-BO

FILED
FEB - 5 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| IRA J. PRICE | ) | |

This matter comes now before this Court on motion of the United States, by and through the United States Attorney, to dismiss the above entitled matter and outstanding warrant. For good cause shown, the court hereby GRANTS the government's motion and ORDERS that the clerk dismiss the matter and recall the warrant for arrest in the above-captioned case.

So ORDERED, this __5__ day of ~~August~~ Feb, 2014.

_____
TERRENCE W. BOYLE
United States District Judge